UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARCO VALDEZ, derivatively on behalf of MILLER ENERGY RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELOY MILLER, SCOTT M. BORUFF, JONATHAN S. GROSS, HERMAN GETTELFINGER, DAVID HALL, MERRILL A. MCPEAK, CHARLES M. STIVERS, DON A. TURKLESON, AND DAVID VOYTICKY, <br><br> Defendants, <br><br> and <br><br> MILLER ENERGY RESOURCES, INC, <br><br> Nominal Defendant. | Case No. 3:11-CV-462 <br><br> Judges Varlan / Shirley |

## MOTION TO REMAND

COMES the Plaintiff Marco Valdez ("Plaintiff"), by and through counsel, and respectfully moves this Court to remand this case to the Chancery Court for Knox County, Tennessee, pursuant to 28 U.S.C. § 1447. Plaintiff further moves the Court for an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).

In support hereof, Plaintiff would show that this matter was removed by Defendant Herman Gettlefinger on September 23, 2011, in contravention of 28 U.S.C. § 1441(b). In further support hereof, Plaintiff submits herewith and incorporates herein by reference his MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, and the DECLARATION

1

OF DALE J. MONTPELIER IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND with Exhibits 1 through 4 attached thereto.

WHEREFORE, Plaintiff moves the Court to remand this case to the Chancery Court for Knox County, Tennessee, and for an award of attorneys' fees and expenses.

Date: October 19, 2011

Respectfully submitted,

/s/Dale J. Montpelier
Dale J. Montpelier, Esq.
**MONTPELIER & YOUNG VN, P.C.**
420 Ebenezer Road
Knoxville, TN 37923
Telephone: (865) 673-0330
Facsimile: (865) 673-0440

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2011, a true and exact copy of the foregoing has been filed electronically. Notice of filing will be sent by operation of the Court's ECF filing system to all parties indicated on the ECF filling receipt.

/s/Dale J. Montpelier
Dale J. Montpelier