UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARCO VALDEZ, derivatively on behalf of MILLER ENERGY RESOURCES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:11-CV-462 (VARLAN/SHIRLEY) |
| DELOY MILLER, SCOTT M. BORUFF, JONATHAN S. GROSS, HERMAN GETTELFINGER, DAVID HALL, MERRILL A. MCPEAK, CHARLES M. STIVERS, DON A. TURKLESON, and DAVID VOYTICKY, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| MILLER ENERGY RESOURCES, INC., | ) ) | |
| Nominal Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by U.S. Magistrate Judge C. Clifford Shirley, Jr., on January 20, 2012 [Doc. 36]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling.

Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 36] and **GRANTS IN PART AND DENIES IN PART** plaintiff's Motion to Remand [Doc. 6]. This case is hereby **REMANDED** to the Chancery Court for Knox County, Tennessee, pursuant to 28 U.S.C. § 1447, and plaintiff's request for attorneys' fees and costs is hereby **DENIED**. All pending motions [Docs. 16, 20, 23, 29] are **DENIED as moot**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

  IT IS SO ORDERED.

              s/ Thomas A. Varlan
              UNITED STATES DISTRICT JUDGE