# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK

February 7, 2012

Debra C. Poplin
Clerk of the Court

800 Market Street, Suite 130
Knoxville, TN 37902

JOHN L. MEDEARIS
Chief Deputy Clerk

(865) 545-4228

```
CLERK, CIRCUIT COURT OF KNOX COUNTY
KNOX COUNTY CHANCERY COURT
CITY-COUNTY BUILDING
400 MAIN AVENUE
KNOXVILLE, TN 37902

RE:  Valdez v. Miller Energy Resources et al
     3:11-cv-462


Dear Clerk:

The above-styled case has been remanded to you pursuant to an Order
of this Court signed by United States District Judge THOMAS A.
VARLAN on February 7, 2012

Enclosed please find a certified copy of the remand order and also
a certified copy of the entire docket sheet.

Sincerely,

DEBRA C. POPLIN, CLERK



BY:  s/A. Archer
      Case Manager

/aa
Enclosures
```